**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Mortgage Grader, Inc.,** | § | |
| | § | Civil Action No. 2:09-CV-319-TJW |
| Plaintiff | § | |
| | § | |
| v. | § | PATENT CASE |
| | § | |
| **BankLoans.com LLC,** | § | |
| **Mortgagebot, LLC** | § | |
| **Zillow Inc.,** | § | JURY TRIAL DEMANDED |
| **Amerisave Mortgage Corp.,** | § | |
| **American Internet Mortgage Inc., and** | § | |
| **American Heritage Capital LP d/b/a** | § | |
| **AHC Lending,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Mortgage Grader, Inc. and Defendant Zillow, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated April 26, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: April 30, 2010

Respectfully submitted,

By: /s/ Andrew Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

**OF COUNSEL:**

John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

**ATTORNEYS FOR PLAINTIFF,
MORTGAGE GRADER, INC.**


By: /s/ John H. McDowell, Jr.
John H. McDowell, Jr.
Texas # 13570825
**K&L GATES LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Facsimile: (214) 939-5849
Email: john.mcdowell@klgates.com

David T. McDonald, WSBA # 5260
(*admitted pro hac vice*)
Cristofer I. Leffler, WSBA # 35020
(*admitted pro hac vice*)
**K&L GATES LLP**
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Telephone: (206) 370-6745
Facsimile: (206) 370-6354
Email:david.mcdonald@klgates.com
         cristofer.leffler@klgates.com

**ATTORNEYS FOR DEFENDANT
ZILLOW, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 30, 2010                                                       /s/ Andrew W. Spangler
                                                                                  Andrew W. Spangler