**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Mortgage Grader, Inc.,** | § | |
| | § | **Civil Action No. 2:09-CV-319-TJW** |
| **Plaintiff** | § | |
| | § | |
| v. | § | **PATENT CASE** |
| | § | |
| **BankLoans.com LLC,** | § | |
| **Mortgagebot, LLC** | § | |
| **Zillow Inc.,** | § | **JURY TRIAL DEMANDED** |
| **Amerisave Mortgage Corp.,** | § | |
| **American Internet Mortgage Inc., and** | § | |
| **American Heritage Capital LP d/b/a** | § | |
| **AHC Lending,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Mortgage Grader, Inc. and Defendant Amerisave Mortgage Corporation pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated August 13, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: August 14, 2010

Respectfully submitted,

By: /s/ Andrew W. Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903- 553-0403
spangler@spanglerlawpc.com

**OF COUNSEL:**
John F. Ward, Esq.
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
David M. Hill, Esq.
E-mail: hilld@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866

**ATTORNEYS FOR PLAINTIFF,
MORTGAGE GRADER, INC.**


By: /s/ Charles M. Jones II
David H. Harper (TSBN 09025540)
david.harper@haynesboone.com
John R. Emerson (TSBN 24002053)
russ.emerson@haynesboone.com
Charles M. Jones II (TSBN 24054941)
charlie.jones@haynesboone.com

Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 200-5940

**ATTORNEYS FOR AMERISAVE
MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| August 14, 2010 | /s/ Andrew W. Spangler<br>Andrew W. Spangler |